UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| BERTRAND M. TREMBLAY, JR. ) | |
| ) | |
| v. ) | NO. 2:09-CV-265 |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |

## **O R D E R**

This matter is before the Court to consider the plaintiff's Motion for Approval of Attorney Fee Under 42 U.S.C.A. § 406(b), [Doc. 29]. Plaintiff's counsel seeks $4,569.75. The Commissioner has no objection. Thus, it is hereby **ORDERED** that the plaintiff's motion for an award of attorney's fees is **GRANTED**, and it is further **ORDERED** that counsel is awarded a fee of $4,569.75 pursuant to Title 42 United States Code section 406(b). *See* 42 U.S.C. § 406(b) (2011).

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE